UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALPHA RESOURCES, INC., )<br>    Plaintiff and Counter-Defendant, )<br>)<br>-v- )<br>)<br>LECO CORPORATION, )<br>    Defendant and Counter-Plaintiff. )<br>_____ ) | No. 1:15-cv-1295<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

The Court has concluded that Alpha Resources' replacement kit that is the subject of this lawsuit does not infringe on Leco Corporation's Easily Removable Combustion Tube patent, Patent Number US 8,884,193 B2.

Having resolved all pending claims, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

    **THIS LAWSUIT IS TERMINATED**

    **IT IS SO ORDERED.**

Date:  June 16, 2016                                   /s/ Paul L. Maloney
                                                                                                                  Paul L. Maloney
                                                                                                                   United States District Judge